# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 4, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

154779(90)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

CARL RENE BRUNER II,
      Defendant-Appellant.

SC: 154779
COA: 325730
Wayne CC: 14-008324-FC

_____/

On order of the Chief Justice, the motion for the substitution of retained attorney David Moffitt for appointed counsel Michael J. McCarthy is GRANTED. Further, the motion to extend the time for filing defendant-appellant's supplemental brief is GRANTED. The supplemental brief will be accepted as timely filed if submitted on or before September 15, 2017. The same extension is given to plaintiff-appellee to file its supplemental brief.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 4, 2017



Clerk